[No. 35306-3-I.   Division One.   September 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
A. THAVES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01484-2, Patricia H. Aitken, J., entered
November 1, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 17149-0-II.   Division Two.   September 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMMY J.
FLETCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 92-1-00364-8, David R. Draper, J., entered
May 12, 1993. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Morgan and Fleisher, JJ.

[No. 17657-2-II.   Division Two.   September 18, 1995.]

THE STATE OF WASHINGTON, *Petitioner*, v. KARMEN A.
THORNTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 93-1-00139-6, Karen B. Conoley, J.,
entered October 28, 1993. *Reversed* by unpublished opinion
per Fleisher, J., concurred in by Houghton, A.C.J., and
Bridgewater, J.